Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−24172−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank Torres
7925 Holman Avenue
Pennsauken, NJ 08110

Cindy Torres
7925 Holman Avenue
Pennsauken, NJ 08110

Social Security No.:
xxx−xx−3538

xxx−xx−2383

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 9, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 29 − 11
Order Denying Approval of Reaffirmation Agreement. (related document:11 Reaffirmation Agreement filed by Creditor Nissan Motor Acceptance Corporation). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/9/2018. (cmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 9, 2018
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-24172-JNP
Frank Torres                                                            Chapter 7
Cindy Torres
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 09, 2018
                              Form ID: orderntc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.
db/jdb         +Frank Torres,   Cindy Torres,   7925 Holman Avenue,   Pennsauken, NJ 08110-2423
cr             +Nissan Motor Acceptance Corporation,   c/o Stewart, Zlimen & Jungers, Ltd.,   2860 Patton Rd,
                 Roseville, MN 55113-1100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:
              Ashley M Sullivan    on behalf of Joint Debtor Cindy  Torres asullivan@freedmanlorry.com,
               hbanks@freedmanlorry.com
              Ashley M Sullivan    on behalf of Debtor Frank  Torres asullivan@freedmanlorry.com,
               hbanks@freedmanlorry.com
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor   New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5