UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ASHLEY M. SULLIVAN, Esquire
FREEDMAN ANDLORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA  19103

Order Filed on November 20, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

FRANK TORRES AND CINDY TORRES

Case Number: 18-24172

Hearing Date: November 20, 2018

Judge: JNP

Chapter: 7

Recommended Local Form: ☒ Followed  ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 20, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as _____ all personal property _____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. \_LVNV Funding LLC  CAM-DC-012495-17_____

2. _____

3. _____

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*Rev. 7/1/04; jml*

2